Alan D. Halperin, Esq.
Robert D. Raicht, Esq.
Jocelyn Keynes, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Phone: (212) 765-9100; Fax: (212) 765-0964
ahalperin@halperinlaw.net; rraicht@halperinlaw.net
jkeynes@halperinlaw.net

*Proposed Counsel to the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

**BRUNSCHWIG & FILS, INC.,**

Debtor.

---------------------------------------------------------x

Chapter 11

Case No. 11-22036 (RDD)

## NOTICE OF HEARING ON CERTAIN FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on January 12, 2011, Brunschwig & Fils, Inc., the debtor and debtor-in-possession herein ("Brunschwig" or the "Debtor"), filed a petition for relief under Chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that a hearing shall be held on **January 13, 2011 at 10:00 a.m.** before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, to consider the following "first day" pleadings filed in the cases:

### First Day Administrative Motions

1. Motion of the Debtor for Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing (I) Use of Existing Business Forms and Records; and (II) Maintenance of Certain Existing Corporate Bank Accounts; and (III) Maintenance of Cash Management System, together with a Proposed Order in support thereof;

2. Motion of the Debtor for Order Authorizing Payment of Pre-Petition Accrued Employee Wages, Salaries, Expenses and Related Taxes and Payment of

Employee Benefits and Authorizing and Directing Banks to Honor Employee Wage, Salary and Expense Reimbursement Checks, together with a Proposed Order in support thereof;

## **Debtor-in-Possession Financing Motion**

3.       Motion for an Order (I) Authorizing Debtor (A) To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(d)(1), and 364(e) and (B) To Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Party Pursuant to 11 U.S.C. §§ 361, 362, 363, And 364, And (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) And (c), together with a proposed Interim Order.

## **Bidding Procedures and Sale Motion**

4.       Motion For Orders (I) Scheduling Hearing To Consider (A) Sale Of Substantially All Of The Debtor's Assets, Free And Clear Of All Liens, Claims And Encumbrances, Subject To Higher And Better Offers; And (B) Assumption And Assignment Of Executory Contracts; (II) Scheduling Hearing To Consider Approval Of (A) Break-Up Fee And Expense Reimbursement And (B) Bidding Procedures For The Conduct Of An Auction And Entering Order Thereon; (III) Fixing A Cure Claims Bar Date With Respect To The Assumption And Assignment Of Executory Contracts; And (IV) Fixing Manner And Notice Of Sale Hearing; (V) Authorizing The Debtor To Sell Assets, Free And Clear Of All Liens, Claims And Encumbrances, Subject To Higher And Better Offers; And (VI) Authorizing Assumption And Assignment Of Executory Contracts.

(Remainder of Page Intentionally Blank)

**PLEASE TAKE FURTHER NOTICE** that in the event you have not already

been provided with the above-referenced pleadings, please note that they are available on the

Bankruptcy Court's official website (the User's Manual for the Electronic Case Filing System

can be found at www.nysb.uscourts.gov) for registered users of the Bankruptcy Court's case

filing system.  All other parties in interest may receive copies of the relevant pleadings by

contacting Debtor's proposed counsel at the address below.

Dated: New York, New York
       January 12, 2011

> **HALPERIN BATTAGLIA RAICHT, LLP**
> Proposed Counsel to the Debtor
>  and Debtor-in-Possession
>
>
> By: */s/ Robert D. Raicht*
> Alan D. Halperin, Esq.
> Robert D. Raicht, Esq.
> Jocelyn Keynes, Esq.
> 555 Madison Avenue, 9th Floor
> New York, NY 10022
> (212) 765-9100